## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 22, 2015

Chris Wolpert
Chief Deputy Clerk

Mr. Michael Joseph Gallagher
Gallagher & Kaiser
523 Grand Boulevard, Suite 1D
Kansas City, MO 64106

**RE:     15-3181, Washington v. Unified Gov't of Wyandotte Co., et al**
         Dist/Ag docket: 2:14-CV-02108-JTM

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D). Specifically:

- The electronically filed appendix does not contain bookmarks. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).

You must file a proper electronic appendix within 10 days of the date of this notice. The hard copy of the appendix is acceptable for filing and will be filed upon submission of the corrected electronic appendix.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the corrected appendix.

Please contact this office if you have questions.

          Sincerely,

          *Elisabeth A. Shumaker*

          Elisabeth A. Shumaker
          Clerk of the Court

cc:      Henry Edward Couchman Jr.

EAS/sls